```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PARALLAX HEALTH SCIENCES, INC.,                              :
                              Plaintiffs,                    :
                                                             :     20 Civ. 2375 (LGS)
-against-                                                    :
                                                             :     ORDER
EMA FINANCIAL, LLC,                                          :
                              Defendant.                     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic hearing was held on March 24, 2020. For the reasons discussed at the hearing, it is hereby

ORDERED that Plaintiff's motion for a temporary restraining order and preliminary injunction or in the alternative for partial summary judgment is DENIED. Plaintiff shall file on ECF all documents that were emailed to the Court on March 18, 2020, as soon as possible, and in any event no later than March 26, 2020. It is further

ORDERED that, by **March 27, 2020**, the parties shall file a joint letter to apprise the Court of whether their clients consent to be referred for mediation and, if so, whether they prefer a referral to the Magistrate Judge or to the Court-annexed mediation program. The parties may also include in the letter additional proposals regarding next steps.

Dated: March 25, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**