UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,
                   Plaintiff,

-against-

EMA FINANCIAL, LLC,
                   Defendant.
------------------------------------------------------------X

20 Civ. 2375 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff requested by email an extension to the deadlines set by the Order at Dkt. No. 17. Plaintiff made the request via email due to the inclusion of personal information relating to one of the parties. Defendant consents to the request. It is hereby

**ORDERED** that Plaintiff's request is GRANTED. Plaintiff shall file the amended pleading on or before **April 10, 2020**; and Defendant shall answer or otherwise respond to the amended complaint by **May 7, 2020**.

Dated: April 2, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**