```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
PARALLAX HEALTH SCIENCES, INC.,               :
                            Plaintiff,        :
                                              :         20 Civ. 2375 (LGS)
-against-                                     :
                                              :              ORDER
EMA FINANCIAL, LLC,                           :
                            Defendant.        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 30, 2020 (Dkt. No. 16), required the parties to file a proposed case management plan and joint letter by May 7, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 11, 2020**, at **noon**.

Dated: May 8, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE