```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PARALLAX HEALTH SCIENCES, INC.,                             :
                              Plaintiff,                    :
                                                            :     20 Civ. 2375 (LGS)
    -against-                                               :
                                                            :           ORDER
EMA FINANCIAL, LLC,                                         :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 11, 2020 (Dkt. No. 26), required Defendant to file a letter response to Plaintiff's pre-motion letter by May 22, 2020;

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, if Defendant intends to oppose Plaintiff's motion, Defendant shall file a letter response no later than **May 27, 2020**.

Dated: May 26, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**