USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,

      Plaintiff,

  - against -

EMA FINANCIAL, LLC,

      Defendant.
-------------------------------------------------------------X

20 Civ. 02375 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

 By August 11, 2020, the parties shall jointly file a status letter identifying any issues needing resolution.

           SO ORDERED.

           _____
           ROBERT W. LEHRBURGER
           UNITED STATES MAGISTRATE JUDGE

Dated:  August 4, 2020
     New York, New York

Copies transmitted to all counsel of record.