UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| PARALLAX HEALTH SCIENCES, INC., | Case No.:20-cv-2375 (LGS)(RWL) |
| Plaintiff/Counterclaim Defendant | |
| - against - | |
| EMA Financial, LLC | |
| Defendant/Counterclaim Plaintiff | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Barry M. Bordetsky, dated October 7, 2020, the Memorandum of Law in Support of this Motion and the Proposed Order, The Law Offices of Barry M. Bordetsky and Barry M. Bordetsky, Esq., move this Court pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York for an Order authorizing the withdrawal of The Law Offices of Barry M. Bordetsky as counsel for Plaintiff, Parallax Health Sciences, Inc., a Nevada Corporation.

/

/

/

/

/

Intentionally Left Blank

1

**PLEASE TAKE FUTHER NOTICE** that, any motions or answers, to the relief requested, must be filed within fourteen (14) days of this Notice and must be filled electronically through the ECF filing system of the Southern District of New York.

Dated: New York, New York
October 7, 2020

                                              Respectfully submitted,
                                  **The Law Offices of Barry M. Bordetsky**

                                  By: /s/ Barry M. Bordetsky
                                  Barry M. Bordetsky
                                  570 Lexington Avenue, 24th Floor
                                  New York, New York 10022
                                  Tel: (212) 688-0008
                                  *Attorneys for Parallax Health Sciences, Inc.*