UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,         : Case No.:20-cv-2375
                                        : (LGS)(RWL)
    Plaintiff/Counterclaim Defendant :
                                        :
- against -                             :
                                        :
EMA Financial, LLC                      :
                                        :
    Defendant/Counterclaim Plaintiff :
                                        :
------------------------------------X

## (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court having reviewed the Motion For Withdrawal, ORDERS as follows:

1. The Law Offices of Barry M. Bordetsky's Motion to Withdraw as Counsel is GRANTED.

2. That The Law Offices of Barry M. Bordetsky, are permitted to withdraw as counsel of record for Plaintiff/ Counterclaim Defendant, Parallax Health Sciences, Inc. ("Parallax") and is relieved of any and all further duties and responsibilities for Plaintiff/Counterclaim Defendant.

3. Parallax shall have _____ days from the date of this order to retain substitute counsel.

4. This action shall be stayed for _____ days.

Dated:
SO ORDERED:

_____