UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,
                Plaintiff,

-against-

EMA FINANCIAL, LLC,
                Defendant.
------------------------------------------------------------X

20 Civ. 2375 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order, a case management conference is scheduled for December 3, 2020, at 10:40 a.m.  Dkt. No. 31.

    WHEREAS, on October 23, 2020, Judge Lehrburger issued an Order granting the Law Offices of Barry M. Bordetsky's Motion to Withdraw as Counsel to Plaintiff and stayed the action for 30 days.  Dkt. No. 65.

    WHEREAS, on November 24, 2020, Judge Lehrburger issued an Order directing Plaintiff to appear by counsel and file a response to Defendant's letter requesting permission to move for Parallax's default on Defendant's counterclaims and dismissal of Parallax's claims for failure to prosecute, by December 1, 2020.  Dkt. No. 67.  It is hereby

    **ORDERED** that the case management conference scheduled for December 3, 2020, is **CANCELLED**.

Dated: December 1, 2020
       New York, New York

                                **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**