UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC., :
:  20-CV-2375 (LGS) (RWL)
Plaintiff, :
:  **ORDER**
- against - :
:
EMA FINANCIAL, LLC :
:
Defendant. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

An inquest hearing is scheduled for December 7, 2021 at 10:30 a.m. Defendant shall bring a fact witness (or witnesses), presumably the declarant Felicia Preston, who can answer questions under oath about the transaction documents and damages calculations set forth in the Defendant's filings.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    November 15, 2021
         New York, New York