USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,         :
                                        :            20-CV-2375 (LGS) (RWL)
                        Plaintiff,      :
                                        :            **ORDER**
        - against -                     :
                                        :
EMA FINANCIAL, LLC                      :
                                        :
                        Defendant.      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　The Court has received a letter dated November 16, 2021 from an attorney who is in the process of being engaged by Plaintiff Parallax.  A copy of that letter is being docketed on ECF.  If Defendant wishes to respond to the letter, it shall do so by **November 19, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 17, 2021
         New York, New York