```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,             :
                                            :          20-CV-2375 (LGS) (RWL)
                        Plaintiff,          :
                                            :          **ORDER**
           - against -                      :
                                            :
EMA FINANCIAL, LLC                          :
                                            :
                        Defendant.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of and appreciates the letter filed by Plaintiff at Dkt. 108 providing answers to the Court's questions from the inquest hearing. The Court has two follow-up requests.

First, the filed copy of Exhibit F presents a calculation of amounts due under the Warrants that appears to use the figures derived from applying the cashless exercise formula as written rather than using the "reformed" formula applied in the *Nfusz* case. Accordingly, the Court requests Plaintiff to provide a computation and chart using the "reformed" formula.

Second, the Court requests Plaintiff to provide a calculation of prejudgment interest on the damages (using the "reformed" formula) for each Warrant separately using the Nevada statutory rate prescribed in Nev. Rev. Stat. Ann. § 99.040(1), in place of using the 24% Default Interest rate set forth in the Notes. Plaintiff shall file the requested information by **January 17, 2022**.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   January 3, 2022
         New York, New York