UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,     :
                                               :     20-CV-2375 (LGS) (RWL)
                Plaintiff,    :
                                               :     **ORDER**
           - against -      :
                                               :
EMA FINANCIAL, LLC                 :
                                               :
                 Defendant.     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court is scheduling a conference via Teams to address a few further questions the Court has relevant to the inquest on damages. By **May 16, 2022**, EMA shall file a supplemental declaration and calculation of damages for the Notes that eliminates the doubling of principal due to default. See Preston Declaration (Dkt. 80) paragraphs 47-48 and 50-57. The supplemental declaration and damages chart (Preston Decl. Ex. N) shall provide the same information in the noted Preston Declaration paragraphs but without the doubling recited in paragraph 47.

                                                       SO ORDERED.

                                                       _____
                                                       ROBERT W. LEHRBURGER
                                                       UNITED STATES MAGISTRATE JUDGE

Dated:     May 9, 2022
               New York, New York