USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/23/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,                    :
                                                   :            20-CV-2375 (LGS) (RWL)
                              Plaintiff,            :
                                                   :            **ORDER**
              - against -                           :
                                                   :
EMA FINANCIAL, LLC                                 :
                                                   :
                              Defendant.            :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   As discussed during the conference held on May 23, 2022, EMA shall file, by **May 31, 2022**, a further amended Exhibit AA (or simply a newly lettered exhibit) in which the charts for the First and Second Notes are similarly modeled and correspond, respectively, to the calculations set forth in Paragraphs 49 and 51 of the Supplemental Preston Declaration.  To be clear, the Court's focus is calculation of the claimed damages for default on the First and Second Notes, not damages for failure to honor the Conversion Notices (for which the Court already has sufficient information).  The Court would like to receive numbers corresponding to the balance due upon default – which should include both remaining principal, if any, and accrued original interest.  "Default Interest" (i.e., 24%) should be calculated separately, with two default interest figures: one for accumulated default interest through Nov. 24, 2020, and the other the applicable per diem rate from Nov. 25, 2020 to judgment.

To the extent Parallax has any response to the revised chart or other information provided, the response shall be filed by letter no later than **June 3, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    May 23, 2022
          New York, New York