UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARALLAX HEALTH SCIENCES, INC.,
                        Plaintiff,

-against-

EMA FINANCIAL, LLC,
                        Defendant.
------------------------------------------------------------X

20 Civ. 2375 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 24, 2023, Defendant filed a letter motion on ECF regarding post-judgment subpoenas. An Order issued February 27, 2023, directed Plaintiff to file a letter in response by March 3, 2023.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that Plaintiff shall file such a letter as soon as possible and no later than **March 8, 2023**.

Dated: March 6, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE